UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FERRING PHARMACEUTICALS INC., | ) ) ) | |
| Plaintiff and Counterclaim-Defendant, | ) ) ) | |
| v. | ) ) ) | Civil Action No.  13-cv-12553-NMG |
| BRAINTREE LABORATORIES, INC., | ) ) ) | |
| Defendant and Counterclaim-Plaintiff. | ) ) ) | |

**ASSENTED-TO MOTION BY DEFENDANT BRAINTREE LABORATORIES, INC. FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Defendant and Counterclaim-Plaintiff Braintree Laboratories, Inc. ("Braintree"), by its counsel Pollack Solomon Duffy LLP, respectfully moves, with the assent of Plaintiff and Counterclaim-Defendant Ferring Pharmaceuticals, Inc. ("Ferring"), for an extension of time through January 10, 2014 to respond to Ferring's motion to dismiss Braintree's counterclaim.

Braintree's response to the motion to dismiss is currently due on December 27, 2013.  In light of the upcoming holidays, counsel's travel plans for the holidays, and commitments in other matters, Braintree respectfully requests an extension of that deadline to January 10, 2014.

No prior requests for an extension of this deadline have been made.  No party will be prejudiced by the requested extension.

Counsel for Ferring has indicated that Ferring assents to the relief requested herein

                                  Respectfully submitted,

                                  /s/ Joshua L. Solomon
                                  Barry S. Pollack (BBO#642064)
                                  Joshua L. Solomon (BBO#657761)
                                  POLLACK SOLOMON DUFFY LLP
                                  133 Federal Street, Suite 902
                                  Boston, MA  02110
                                  617-439-9800 (Tel)
                                  617-960-0490 (Fax)
                                  bpollack@psdfirm.com
                                  jsolomon@psdfirm.com

Dated:  December 19, 2013

Certificate of Service and L.R. 7.1 Certification

The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on December 19, 2013. The undersigned further certifies that counsel for Braintree has conferred with counsel for Ferring, who has assented to the relief requested herein.

      /s/ Joshua L. Solomon