# EXHIBIT A

# Gastroenterology & Endoscopy News

gastroendonews.com

## SPECIAL EDITION

Annual Supplement to *Gastroenterology & Endoscopy News* • October 2013



### Bowel Preparation for Colonoscopy:



Experience the lowest volume of active ingredient ...for your patients

To learn more, scan this code with your smartphone or go to prepopik.com/hcp

See our ad inside!

Prepopik® (sodium picosulfate, magnesium oxide, and anhydrous citric acid) for oral solution
10 mg/3.5 g/12 g per packet

PREPOPIK® is a registered trademark of Ferring B.V.
©2013 Ferring B.V. All rights reserved.
PK/835/2013/USb

FERRING PHARMACEUTICALS



### Endoscopic Eradication Therapy for Barrett's Esophagus
Shreyas Saligram, MD, MRCP • Prashanth Vennalaganti, MD • Prateek Sharma, MD



### Approach to Hemorrhoids: A Primer for Gastroenterologists
Harry Sarles Jr., MD