# EXHIBIT B

...with the **lowest volume** of active prep solution



## Prepopik helps patients arrive ready with:

**SUPERIOR CLEANSING** with ACG-recommended split-dose regimen[1]

- 84% of Prepopik bowel preparations were graded as "excellent" or "good" vs 74% with the comparator (2L PEG-E plus 2x 5 mg bisacodyl tablets), assessed using the validated Aronchick scale[1][a]
- 90% of Prepopik patients had successful cleansing in the ascending colon vs 79% with the comparator, assessed using the validated Ottawa scale[1][b]

**EXCELLENT TOLERABILITY** reported by patients in pivotal trials[1]

- 89% of patients found Prepopik easy to take vs 23% of those taking the comparator (2L PEG-E plus 2x 5 mg bisacodyl tablets) P<0.0001[1]
- 99% of patients taking Prepopik completed their regimen vs 91% of those taking the comparator (2L PEG-E plus 2x 5 mg bisacodyl tablets)[1]

**FLEXIBLE DOSING** using either a split-dose or day-before regimen[1]

**A DUAL MECHANISM** that stimulates peristalsis and produces osmotic water retention[1]

Visit **prepopik.com/tools** to access a variety of helpful patient tools!



**FERRING**

---



## Superior cleansing efficacy[a]

Demonstrated non-inferiority with both split-dose and day-before regimens, evaluated in randomized trials using the validated Aronchick scale.[1] Superior cleansing efficacy of split-dose over day-before regimen demonstrated vs day-before regimen comparator (84% vs 74%, respectively), achieving "excellent or good" visualization[1]. The comparator was 2L PEG with electrolytes (PEG-E) plus 2x 5 mg bisacodyl tablets, dosed as labeled.[1] The primary efficacy endpoint was the proportion of patients with successful colon cleansing (ACG=256/304) comparator (n=221/297).[1][a]

### INDICATION AND IMPORTANT SAFETY INFORMATION

Prepopik® for oral solution is indicated for cleansing of the colon as a preparation for colonoscopy in adults.

- Prepopik is contraindicated in the following conditions: patients with severely reduced renal function, gastrointestinal obstruction or ileus, bowel perforation, toxic colitis or toxic megacolon, gastric retention, or in patients with known allergy to any of the ingredients in Prepopik. Patients should be advised on the importance of adequate hydration, and post-colonoscopy lab tests should be considered if a patient develops significant vomiting or signs of dehydration after taking Prepopik
- Patients with electrolyte abnormalities should have them corrected before treatment. Use caution. When prescribing for patients who are at risk for seizures or arrhythmias, including those patients with a history of prolonged QT, recent myocardial infarction, unstable angina, congestive heart failure, or cardiomyopathy. Caution should also be used in patients with impaired gag reflex, regurgitation or aspiration. Severe active ulcerative colitis, impaired renal function or in patients taking medications that may affect renal function and/or water retention
- Each medication administered within one hour of the start of administration of Prepopik solution may be flushed from the GI tract and the medication may not be absorbed. Prior or concomitant use of antibiotics with Prepopik may reduce its efficacy. Tetracycline and fluoroquinolone antibiotics, iron, digoxin, chlorpromazine and penicillamine, should be taken at least 2 hours before and not less than 6 hours after administration of Prepopik to avoid chelation with magnesium. Osmotic laxatives may produce colonic mucosal aphthous ulcerations and there have been reports of more serious cases of ischemic colitis requiring hospitalization. Concurrent use of additional stimulant laxatives with Prepopik may increase this risk
- Prepopik should not be used if gastrointestinal obstruction or perforation is suspected. Prepopik is not for direct ingestion. Each packet must be dissolved in 5 ounces of cold water and administered at separate times, in addition to additional clear fluids, according to the dosing regimen. In randomized, multicenter, controlled clinical trials, nausea, headache, and vomiting were the most common treatment-emergent adverse reactions (<5%) following Prepopik administration

**Please see brief summary of Prescribing Information following this advertisement.**

References: 1. [reference text illegible]

**Prepopik** (sodium picosulfate, magnesium oxide, and anhydrous citric acid) for oral solution 10 mg/3.5 g/12 g per packet