# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERRING PHARMACEUTICALS INC., | Civil Action No.: 1:13-cv-12553 |
| Plaintiff-Counterclaim Defendant, | |
| v. | |
| BRAINTREE LABORATORIES, INC., | |
| Defendant-Counterclaim Plaintiff. | |

**UNOPPOSED MOTION BY PLAINTIFF FERRING PHARMACEUTICALS INC. FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS DEFENDANT'S AMENDED COUNTERCLAIM**

Plaintiff Ferring Pharmaceuticals Inc. ("Ferring"), by its counsel, Olson and Cepuritis, Ltd. and Nixon Peabody LLP, respectfully submit its motion for leave to file a reply in support of its motion to dismiss Defendant's amended counterclaim, in the form attached hereto as Exhibit A. The response of Defendant Braintree Laboratories, Inc. ("Braintree") looks outside the counterclaim and attaches new evidence to which Ferring has not had the chance to address. A short reply brief is necessary to clarify certain misconceptions, respond to the newly attached evidence, and will assist the court in reaching its result. Although Braintree Laboratories opposes Ferring's motion to dismiss, its counsel advised that it will not oppose Ferring's request for leave to file a reply.

Respectfully submitted,

OLSON & CEPURITIS, LTD.

Dated: February 14, 2014 /s/ Arne M. Olson
Arne M. Olson (*admitted pro hac vice*)
Dennis H. Ma (*admitted pro hac vice*)
Alissa A. Digman (*admitted pro hac vice*)

20 N. Wacker Dr., 36th Floor
Chicago, IL 60606-3113
Tel.: 312-580-1180
Fax: 312-580-1189
aolson@olsonip.com
dma@olsonip.com
adigman@olsonip.com

Joseph J. Leghorn (BBO # 292440)
Christine Vargas Colmey (BBO # 658916)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
Tel.: 617-345-1000
Fax: 617-345-1300
jleghorn@nixonpeabody.com
ccolmey@nixonpeabody.com

Attorneys for Plaintiff Ferring Pharmaceuticals Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF on February 14, 2014:

> Barry S. Pollack
> Joshua L. Solomon
> Matthew B. Arnould
> POLLACK SOLOMON DUFFY LLP
> 133 Federal Street, Suite 902
> Boston, MA 02110

     /s/Arne M. Olson
     Arne M. Olson