# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERRING PHARMACEUTICALS INC., )<br>)<br>Plaintiff and )<br>Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>BRAINTREE LABORATORIES, INC., )<br>)<br>Defendant and )<br>Counterclaim-Plaintiff. )<br>) | Civil Action No. 13-cv-12553-NMG |

## MOTION TO WITHDRAW APPEARANCE

Matthew B. Arnould of Pollack Solomon Duffy LLP hereby moves for withdrawal of his appearance as counsel for Defendant and Counterclaim-Plaintiff Braintree Laboratories, Inc. in the above-captioned matter, by reason of Mr. Arnould's leaving the employment of Pollack Solomon Duffy LLP.  Barry Pollack and Joshua Solomon of Pollack Solomon Duffy LLP continues to serve as counsel for Braintree Laboratories, Inc.

Dated: May 5, 2015

Respectfully submitted,

/s/ Matthew B. Arnould
Matthew B. Arnould (BBO# 675457)
POLLACK SOLOMON DUFFY LLP
133 Federal Street, Suite 902
Boston, MA  02110
617-439-9800 (Tel)
617-960-0490 (Fax)
marnould@psdfirm.com

Attorney for Defendant and Counterclaim-Plaintiff
Braintree Laboratories, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2015, a copy of the foregoing document is being served by electronic and regular mail upon counsel for Ferring.

/s/ Matthew B. Arnould