United States District Court
District of Massachusetts

```
_____
                                 )
FERRING PHARMACEUTICALS, INC.,   )
                                 )
     Plaintiff-Counterclaim      )
     Defendant,                  )
                                 )   Civil Action No.
     v.                          )   13-12553-NMG
                                 )
BRAINTREE LABORATORIES, INC.,    )
                                 )
     Defendant-Counterclaim      )
     Plaintiff.                  )
                                 )
_____)
```

ORDER

GORTON, J.

The motion of Ferring Pharmaceuticals, Inc. for a continuance of the trial (Docket No. 595) is **DENIED** with one minor caveat. Trial will commence on Monday, January 23, 2017 at 9:00 a.m. and, because time limits will be imposed, will not last anywhere near "three to four weeks". The previously set deadlines for pre-trial events are all postponed by one week and the final pre-trial conference is rescheduled for Thursday, January 19, 2017 at 3:00 p.m.

SO ORDERED

_____
Nathaniel M. Gorton
United States District Judge

Dated:  December  /  , 2016

-1-